IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| | * | |
| JAY S. QUIGLEY | * | |
| | * | |
| v. | * | Civil No. JFM-00-1258 |
| | * | |
| MICROSOFT CORP. | * | |
| | ***** | |

ORDER

In light of the fact that plaintiff *Quigley* is a member of the settlement class in *Hartman v. Microsoft Corp.*, No. 99-27340 (Fla. Miami-Dade County Cir. Ct.) in which final judgment has now been entered and, for the reasons stated in the accompanying memorandum to counsel, any claims asserted in this action under Louisiana law not being viable, it is, this 2nd day of December 2004

ORDERED

1. Microsoft's motion to dismiss is granted; and

2. This action is dismissed.

/s/
J. Frederick Motz
United States District Judge